SIDNEY K. JOHNSON, Appellant, *v.* THE INTERNATIONAL HARVESTER CO. OF AMERICA (INC.), Respondent.

(Argued January 8, 1934; decided January 16, 1934.)

*Francis D. McCurn* for motion.

*Ward N. Truesdell* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.